413 A.2d 1114

Fred S. James & Co., Inc., et al. v. Cox, Appellant.

Argued March 12, 1979. Richard W. Cleckner, for appellant; Clyde W. MacIntyre, for appellees.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Order affirmed.

413 A.2d 1115

Johnson v. Johnson, Appellant.

Argued March 12, 1979. Daniel E. Teeter, for appellant; Henry O. Heiser, for appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Orders affirmed.